UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WORLD PUBLICATIONS, LLC,

    Plaintiff,

v.

SAVEUR-SUBSCRIPTIONS.COM,
LLC, JOHN DOE, and DOMAINS
BY PROXY, INC.,

    Defendants.
_____/

CASE NO.: 6:10-cv-1412-Orl-35-GJK

### COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

The plaintiff, World Publications, LLC ("World Publications") sues the defendants, Saveur-Subscriptions.com, LLC ("SS"), John Doe, and Domains By Proxy, Inc. ("DBP") and alleges as follows:

#### Parties, Jurisdiction, and Venue

1. World Publications is a limited liability company organized under the laws of Delaware and authorized to conduct business in Florida. World Publications' principal place of business is in Winter Park, Orange County, Florida.

2. Defendant SS holds itself out as a limited liability company. By the nature of its illegal and deceptive business activities, Bonnier is unable to determine where defendant SS is organized, or if it is legally organized, as a limited liability company.

3. Defendant John Doe, on information and belief, is an individual who conducts business as SS. By the nature of the individual's illegal and deceptive business activities, World Publications is unable to determine where defendant Doe resides or conducts business.

4. Defendant DBP is a corporation organized under the laws of Arizona. DBP solicits and conducts business throughout the United States, offering, for a fee, to serve as registrant of Internet Domain names so as to disguise the identity of the owner of a website.

5. The Court has jurisdiction over the subject matter of the claims pursuant to 28 U.S.C. Sections 1331 and 1338 because World Publications seeks relief pursuant to 15 U.S.C. Section 1125 because World Publications' claim for relief pursuant to Florida Deceptive and Unfair Trade Practices Act is subject to supplemental jurisdiction.

6. The Court has jurisdiction over the defendants because they have engaged in willful, intentional tortious conduct, the damages of which occurred in Florida, and because the defendants have engaged in interstate commerce, and have conducted their fraudulent scheme over the Internet and directed their conduct towards the citizens of the State of Florida, among other places.

7. Venue is appropriate in this Court because a substantial part of the events giving rise to the claims for relief occurred in the Middle District of Florida, because the defendants have secreted their location, and because World Publications' principal place of business is in the Middle District of Florida.

**Facts**

8. World Publications publishes a magazine known as "Saveur." Saveur is a gourmet food and wine magazine that is published nine times per year. Saveur has been awarded three American Society of Magazine Editors awards, and enjoys a paid circulation of approximately 331,000 issues. World Publications is the exclusive and perpetual licensee of the trademark "Saveur," and is empowered to protect the trademark.

9. World Publications sells Saveur on news stands, in bookstores, and through subscriptions. For example, visitors to the website www.Saveur.com are able to purchase subscriptions for themselves or as gifts for others.

10. Defendants SS and Doe operate the website "www.saveur-subscriptions.com." Images of the website are attached to this Complaint as Exhibit "A." Defendant DBP is the registrant of the website.

11. The defendants, using the trademark "Saveur," purport to sell subscriptions to Saveur magazine at deeply discounted prices. The website, www.saveur-subscriptions.com, falsely informs viewers that the defendants act for the publisher of Saveur. The website solicits payments, through a service known as PayPal, for new and renewal subscriptions for Saveur.

12. Notably, the website lacks any contact or identification information for the defendants. The only information provided is a link that opens an electronic mail message directed to "Support@Saveur-Subscriptions.com." The defendants provide no phone number or physical address information on the website.

13. The sales of subscriptions to Saveur via the defendants' website are fraudulent. The defendants, who purport to act on behalf of the publisher of Saveur, and who purport to sell legitimate subscriptions for Saveur, dupe customers into providing credit card information. Defendants SS and Doe charge the credit cards, collect the money, but fail to provide or fulfill the subscriptions. Defendant DBP assists SS and Doe in this deceptive practice by providing services to disguise their identity and location.

14. The defendants, using the Saveur trademark, fraudulently induce customers into paying for magazines that the defendants have no intention or ability to provide.

15. World Publications is aware of at least one customer and one employee of Saveur who have paid for a subscription to Saveur using the defendants' website, and who have not received the magazines for which they paid.

16. All conditions precedent to this action have occurred or been waived.

### Count I – Violation of Lanham Act

17. World Publications' realleges by reference the allegations in paragraphs 1 - 16.

18. The defendants have made false and misleading statements regarding the product they purport to sell. The defendants have falsely claimed that they sell subscriptions to Saveur magazine, and that World Publications will fulfill subscriptions sold by the defendants.

19. The defendants' statements have actually deceived, and will continue to deceive, a substantial portion of their intended audience.

20. The defendants' deception is material, in that their false statements are intended to influence purchasing decisions.

21. The defendants advertise the sale of magazine subscriptions in interstate commerce, using wire communications, for delivery within the United States using the United States Postal Service.

22. World Publications has suffered, and is likely to continue to suffer, damages including loss of sales, loss of goodwill, and dilution or damage to the trademark Saveur. World Publications' customers and prospective customers are and will remain victims of the defendants' scheme to induce them to pay for subscriptions to Saveur magazine that the defendants will not and cannot fulfill.

23.     The defendants' conduct was willful and intentional rendering this matter exception. As a result, World Publications is entitled to recover the attorney fees and costs it incurred in prosecuting this action.

WHEREFORE, World Publications demands judgment in its favor and against the defendants for damages, costs, and attorney fees, and demands entry of a preliminary and permanent injunction against the defendants requiring them to take down the website and cease using www.saveur-subscriptions.com, and to transfer www.saveur-subscriptions.com to World Publications.

### Count II – Violation of FDUTPA

24.     World Publications' realleges by reference the allegations in paragraphs 1 - 16.

25.     The defendants have engaged in unfair and deceptive practices, including falsely and deceptively advertising that they sell subscriptions for Saveur magazine and that they cause World Publications to fulfill subscriptions sold by the defendants. The defendants' conduct is illegal, unscrupulous, and unethical.

26.     The defendants' conduct misleads, and will likely continue to mislead, consumers.

27.     As a result of the defendants' conduct, World Publications (and the consuming public) has suffered injury and will suffer damages in the future unless such conduct is halted.

28.     Pursuant to section 501.2105, Florida Statutes, World Publications is entitled to recover the attorney fees it incurred in prosecuting this action.

WHEREFORE, World Publications demands judgment in its favor and against the defendants for damages, costs, and attorney fees.

DATED this 22 day of September, 2010.

                                               **MICHAEL D. CROSBIE, ESQUIRE**
                                             Florida Bar No. 72575
                                             SHUTTS & BOWEN LLP
                                             300 S. Orange Avenue, Suite 1000
                                             Orlando, Florida 32801
                                             Telephone: (407) 835-6796
                                             Fax: (407) 849-7275
                                             Email: mcrosbie@shutts.com
                                             Attorneys for the plaintiff,
                                                 World Publications, LLC

ORLDOCS 11972022 1